IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF VIRGINIA
CLARKSBURG DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STEPHANIE D. SANDRIDGE, as
Administratrix of the Estate of
GREGORY D. CROSS, Deceased,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware
Corporation,

    Defendant.

Civil Action No. 2:04CV18
No. 05-MC-026-B/V

## ORDER OF REFERENCE

Before the court is Defendant's Consolidated Motion for Finding of Civil Contempt filed on June 10, 2005. This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. If the magistrate judge makes a determination/report that Lester is guilty of civil contempt, then the magistrate judge should also made a determination/report to the district court of what action, including award of fees and expenses, if any, should be taken against her. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order and/or report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05

**IT IS SO ORDERED** this 13th day of June, 2005.

/s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-MC-00026 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Michael Bonasso
FLAHERTY SENSABAUGH & BONASSO, P.L.L.C.
P.O. Box 3843
Charleston, WV 25338

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Alonzo Washington
FLAHERTY SENSABAUGH & BONASSO, P.L.L.C.
P.O. Box 3843
P.O. Box 3843
Charleston, WV 25338

Stephanie D. Sandridge
900 North Avalon Street
Memphis, TN 38107

Honorable J. Breen
US DISTRICT COURT