IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STEPHANIE D. SANDRIDGE, as        )
Administrtrix of the Estate of    )
GREGORY D. CROSS, deceased,       )
                                  )
         Plaintiff,               )
                                  )
vs.                               )    No. 05-MC-026BV
                                  )
FORD MOTOR COMPANY,               )
                                  )
         Defendant.               )

ORDER TO SHOW CAUSE

Before the court is the motion of the defendant, Ford Motor Company, to hold Barbara Lester in civil contempt for failing to appear and testify at a deposition after being served with a valid subpoena requiring her to appear and testify under oath in regards to a civil action pending before the United States District Court for the Northern District of West Virginia, styled, Stephanie D. Sandridge, as Administratrix of the Estate of Gregory D. Cross, Deceased, v. Ford Motor Company, No. 2:04CV18. Ford also seeks an award of attorney fees and expenses it has incurred in connection with this motion. The motion was referred to the United States Magistrate Judge for determination.

Barbara Lester is ordered to appear before the United States District Court for the Western District of Tennessee, 167 N. Main

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-17-05

Street, Memphis, Tennessee, Courtroom #5, on Thursday, June 30, 2005, at 10:30 a.m. and show cause why she should not be compelled to give a deposition and why she should not be held in contempt of court for failing to appear for a deposition. The clerk of the court is directed to serve a copy of this order on Barbara Lester.

Failure to appear and show cause may result in an order of contempt being entered and sanctions being imposed, including possibly detention.

IT IS SO ORDERED this 16th day of June, 2005.

                        *Diane K. Vescovo*
                        DIANE K. VESCOVO
                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-MC-00026 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Stephanie D. Sandridge
900 North Avalon Street
Memphis, TN 38107

Alonzo Washington
FLAHERTY SENSABAUGH & BONASSO, P.L.L.C.
P.O. Box 3843
P.O. Box 3843
Charleston, WV 25338

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael Bonasso
FLAHERTY SENSABAUGH & BONASSO, P.L.L.C.
P.O. Box 3843
Charleston, WV 25338

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT