IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 27 PM 2:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| STEPHANIE D. SANDRIDGE, as Administratrix of the Estate of GREGORY D. CROSS, DECEASED | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 05-MC-026BV |
| FORD MOTOR COMPANY, a Delaware Corporation | ) ) ) | |
| Defendant. | ) | |

### ORDER AND SUPPLEMENTAL REPORT AND RECOMMENDATION ON DEFENDANT'S REQUEST FOR ATTORNEY FEES

Before the court are the affidavits of Alonzo Washington and Chad D. Graddy along with Emily Landry and Randolph J. Bibb III, acting as counsel for defendant, Ford Motor Company, in support of an award of attorneys fees and expenses incurred in the course of attempting to obtain the deposition of Barbara Lester. The deposition of Lester was requested with regards to a civil action pending before the United States District Court for the Northern District of West Virginia, styled, Stephanie D. Sandridge, as Administratrix of the Estate of Gregory D. Cross, Deceased, v. Ford Motor Company, No. 2:04CV18. In the order dated July 11, 2005 the court granted Ford attorney fees and expenses and instructed counsel for Ford to submit affidavits specifying these costs.

The affidavits submitted are insufficient. Counsel for the

defendant failed to detail the nature of legal services rendered by each attorney, the amount of time spent and expense incurred for each activity, the hourly rates charged by each attorney, and total attorney fees.  Counsel for Ford are directed to file supplemental affidavits detailing fees and expenses within eleven days of service of this order.

    IT IS SO ORDERED this 26th day of July, 2005.

/s/ Diane K. Vescovo
DIANE K VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-MC-00026 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Michael Bonasso
FLAHERTY SENSABAUGH & BONASSO, P.L.L.C.
P.O. Box 3843
Charleston, WV 25338

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Alonzo Washington
FLAHERTY SENSABAUGH & BONASSO, P.L.L.C.
P.O. Box 3843
Charleston, WV 25338

Honorable J. Breen
US DISTRICT COURT